IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENITA M. MILLER,

    Petitioner,

v.                                      CASE NO.  4:14cv441-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5.  No objections have been filed.

It is not clear what petitioner original sought in this action.  It was proper for the magistrate judge to direct the petitioner to file an amended petition.  The report and recommendation correctly concludes that the case should now be dismissed without prejudice based on the petitioner's failure to file an amended petition as directed.  If the petitioner has a claim, the petitioner may file a petition in a new case clearly setting out the requested relief.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on January 23, 2015.

s/Robert L. Hinkle
United States District Judge

Case No. 4:14cv441-RH/CAS